IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY ROBINSON**                                                                                   **PLAINTIFF**

v.                                    Case No. 4:23-cv-667-JM

**TAMICA WALLACE,** *et al*.                                                                  **DEFENDANTS**

## ORDER

Anthony Robinson's complaint is dismissed without prejudice because he failed to pay the filing fee as directed, and the time to do so has passed. (Doc. 7). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 27th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE