IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY ROBINSON**                                                                  **PLAINTIFF**

**v.**                                **Case No. 4:23-cv-667-JM**

**TAMICA WALLACE,** *et al*.                                           **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ADJUDGED this 27th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE